**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ORLANDO JAMES BIAS**                                                     **PLAINTIFF**

**vs.**                                              **Civil Action No. 4:07-cv-34 HTW-LRA**

**SHERIFF W.D. BILLY SOLLIE,
et al.**                                                             **DEFENDANTS**

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the above-styled and numbered cause be dismissed.

**SO ORDERED, THIS THE 29th day of May, 2008.**

                                                 **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**